IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY S. CATO,

    Plaintiff,                    No. CIV S-01-0524 MCE GGH P

    vs.

DEPUTIES LANCASTER, et al.,

    Defendants.              <u>ORDER</u>

_____/

        On April 18, 2005, plaintiff filed a copy of a letter to CSP Corcoran Warden Scribner re: "complaints of incessant staff misconduct as reprisal for exercising rights civil litigation." That document was not served on defendants. Plaintiff is advised that every document submitted to the court for consideration must be served on defendants. Fed. R. Civ. P. 5. Documents not to be served electronically are usually served by placing a copy in the U.S. mail. If an attorney has filed a document with the court on behalf of any defendants, then documents submitted by plaintiff must be served on that attorney and not on the defendants. Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to defendants or their attorney and the address to which it was mailed. <u>See</u> Local Rule 5-135(b) and (c).

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's April 18, 2005 letter to
2  Warden Scribner re: "complaints of incessant staff misconduct as reprisal for exercising rights
3  civil litigation" shall be placed in the court file and disregarded.  Plaintiff is cautioned that failure
4  to serve any documents subsequently filed in this action properly, and failure to include a proper
5  certificate of service with such filing, may result in a recommendation that this action be
6  dismissed.
7  DATED: 4/26/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
cato0524.35