IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY S. CATO,

    Plaintiff,                    No. CIV S- 01-0524 MCE GGH P

  vs.

DEPUTIES LANCASTER, et al.,

    Defendants.             ORDER

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff seeks an extension of time of certain of the deadlines set forth in this court's scheduling order, filed on May 23, 2005. However, he appears to be confused by the order. The deadline for filing dispositive pretrial motions was July 15, 2005; that is not the deadline for filing any motion necessary to obtain the attendance of witnesses at trial. To the extent that plaintiff seeks an extension of time to file his pretrial statement and any motions with regard to the attendance of witnesses at trial, he has provided an insufficient basis to receive such an extension at time point beyond the current pending deadline: September 30, 2005. Plaintiff references an unidentified upcoming holiday affecting prison law library staff and the fact that he needs to access the library to make copies, contending also that he has a copious number of documents to produce. However, in the pretrial statement, plaintiff need not submit trial

1

exhibits, he need only specifically identify them. Should plaintiff find it too difficult to file a pretrial statement by the time of the existing deadline or the motions for attendance of trial witnesses, he may request an extension of time to do so prior to the expiration of that time if he provides the court with an appropriate basis for seeking such an extension.

Defendants also appear to be confused by the scheduling order and have prematurely filed motions in limine. However, the July 15, 2005 deadline was the cut-off date for filing a case-dispositive motion, i.e., a motion for summary judgment in this matter. The time for filing motions in limine will be included in the pretrial order issued after the parties' pretrial statements have been submitted.

Accordingly, IT IS ORDERED that:

1. Plaintiff's requests for extension of time, filed on July 14, 2005, pursuant to certain deadlines set in the court's May 23, 2005 scheduling order, both of which are either inapposite or insufficiently supported, are denied without prejudice; and

2. Defendants' motions in limine, prematurely filed on July 15, 2005, are vacated without prejudice to their being re-filed at the appropriate time.

DATED:  7/26/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
cato0524.ord2

2