IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY S. CATO,

      Plaintiff,                      No. CIV S- 01-0524 MCE GGH P

   vs.

DEPUTIES LANCASTER, et al.,

      Defendants.                ORDER

/

       Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has filed a supplemental statement pursuant to the court's pretrial order filed on November 4, 2005. Plaintiff has now sufficiently identified the witnesses he seeks to call and has sought to set forth the relevance of their anticipated testimony as well as more adequately described the exhibits he intends to offer at trial. To the extent that plaintiff's November 28, 2005 filing, setting forth said witnesses and exhibits, entitled "amended pretrial statements," is a motion, it is granted, and plaintiff's witness and exhibit lists are deemed a supplement to the pretrial order.

       With regard to his witnesses, other than himself, plaintiff identifies no incarcerated witnesses; he does identify four involuntary, unincarcerated witnesses who do not appear on the defendants' witness list. Plaintiff is cautioned that he must prepare and submit a

1

subpoena to the U.S. Marshal along with witness fees and travel expenses for any involuntary, unincarcerated witnesses he intends to call in accordance with this court's prior order.  See Scheduling Order filed on May 23, 2005, pp. 4-5.

As to the exchange of the parties' exhibits, the pretrial order stated that this would occur at the trial confirmation hearing.  However, the pretrial order is hereby amended to state that, as there will be no trial confirmation hearing in this case, the parties must effect the exhibit exchange no later than thirty (30) days before trial.

IT IS SO ORDERED.

DATED: 12/21/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
cato0524.sup