IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY S. CATO,

      Plaintiff,                No. CIV S- 01-0524 MCE GGH P

    vs.

DEPUTIES LANCASTER, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Defendants ask the court to strike plaintiff's motions in limine filed in a document entitled "plaintiff's objections to defendants pretrial statement motion in limine," on December 2, 2005.  Defendants note that, by order filed on July 26, 3005, the undersigned, inter alia, vacated defendants' prematurely filed motions in limine without prejudice to their being re-filed at the appropriate time.  The time for filing motions in limine has been set forth in the court's November 4, 2005 pretrial order.  *Therefore, plaintiff's motions in limine, filed on December 2, 2005, are vacated without prejudice to their being re-filed seven days prior to the trial.  <u>See</u> <u>Pretrial</u> <u>Order</u> filed on 11/4/05, p. 12.*

        Defendants also object, in a separate filing, that the court directed the parties, in an order filed on December 21, 2005, to exchange exhibits 30 days before trial; their objection is related to documents subject to a protective order.  In an amended order, filed on December 23,

1

1   2005, defendants' concerns with respect to the confidentiality of defendants' personnel and

2   internal investigation records were addressed, and *it was moreover clarified that any such*

3   *records would be provided by defendants to plaintiff at the time of trial* (not prior to trial).

4           IT IS SO ORDERED.

5   DATED: 1/4/06

6

7           /s/ Gregory G. Hollows

8           _____
            GREGORY G. HOLLOWS
            UNITED STATES MAGISTRATE JUDGE

9

10  GGH:009
    cato0524.ord3

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26