1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY S. CATO,

11               Plaintiff,              No. CIV S- 01-0524 MCE GGH P

12        vs.

13   DEPUTIES LANCASTER, et al.,

14               Defendants.            ORDER
     _____/

15

16        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. §

17   1983.  Plaintiff has requested six subpoena forms along with forms for witness and travel fees.

18   Plaintiff has only identified four unincarcerated involuntary witnesses in the amended pretrial

19   statement, filed on November 28, 2005, which was deemed a supplement to the November 4,

20   2005 pretrial order by in order filed on December 21, 2005 (as modified by the amended order

21   filed on December 23, 2005).

22        Before the court will issue subpoenas, plaintiff must identify for whom the two

23   additional subpoenas are sought and what testimony each will provide.  Plaintiff has named two

24   voluntary unincarcerated witnesses in his amended pretrial statement and for these potential

25   witnesses, subpoenas should not be necessary.  Moreover, prior to issuance of the subpoenas

26   plaintiff must submit the fee for serving the subpoenas by the U.S. Marshal.  See Tedder v.

1   <u>Odell</u>, 890 F.2d 210, 211-212 (9th Cir. 1989) (finding no statutory authority allowing district

2   courts to waive, in in forma pauperis actions, the payment of witness fees).

3            Accordingly, IT IS ORDERED that plaintiff's January 17, 2006 request for

4   subpoena forms is denied.

5   DATED: 1/30/06

6

7                             /s/ Gregory G. Hollows

8                             GREGORY G. HOLLOWS
                               UNITED STATES MAGISTRATE JUDGE

9

10   GGH:009
    cato0524.sbp

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26