IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY S. CATO,

        Plaintiff,                        No. CIV S- 01-0524 MCE GGH P

    vs.

DEPUTIES LANCASTER, et al.,

        Defendants.               ORDER

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. The court schedule requires that the jury trial in this matter, currently set for November 1, 2006, be vacated. The writ of habeas corpus ad testificandum will, therefore, also be vacated.

        Accordingly, IT IS ORDERED that:

        1. The November 1, 2006, trial date is VACATED;

        2. The writ of habeas corpus ad testificandum issued to secure plaintiff's presence in court at trial, filed on October 2, 2006, is hereby VACATED;

        3. The jury trial is RE-SET for May 16, 2007, at 9:00 a.m., before the Honorable Morrison C. England, Jr.;

        4. Plaintiff's October 2, 2006, request to continue the trial date is denied as moot; and

1      5. The Clerk of the Court is directed to serve a copy of this order by mail upon
2  Warden A.K. Scribner, CSP-Corcoran.
3  DATED: 10/16/06                    /s/ Gregory G. Hollows
4                                              GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:009
cato0524.vac