IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY S. CATO,

        Plaintiff,                       No. CIV S-01-0524 MCE GGH P

    vs.

DEPUTIES LANCASTER, et al.,

        Defendants.               ORDER

_____/

        This civil rights action is currently set for trial on May 16, 2007, before the Honorable Morrison C. England, Jr.  Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed without prejudice.

        Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within ten days, whether they have any objection to the dismissal of this action.  Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: 4/23/07

                                             /s/ Gregory G. Hollows
                                             UNITED STATES MAGISTRATE JUDGE

GGH:009
cato0524.59a