IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY S. CATO,

      Plaintiff,                    No. CIV S-01-0524 MCE GGH P

   vs.

DEPUTIES LANCASTER, et al.,

      Defendants.            ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has requested voluntary dismissal of this civil rights action without prejudice. By Order, filed on April 23, 2007, defendants were ordered to notify the court within ten days whether they had any objection to the dismissal of this matter, set for trial on May 16, 2007, before the Honorable Morrison C. England, Jr. Defendants were informed that, should they fail to respond, plaintiff's request would be granted pursuant to Fed. R. Civ. P. 41(a)(2).

       Since the initial request for voluntary dismissal of his case, filed on April 18, 2007, plaintiff has filed at least one other notice/request for voluntary dismissal, on April 30, 2007. Defendants have failed to file a response to this court's order or plaintiff's requests.

\\\\\

\\\\\

Defendants having failed to respond to the court's <u>Order</u>, filed on April 23, 2007, IT IS HEREBY ORDERED:

1. The writ of habeas corpus ad testificandum issued on April 3, 2007, for plaintiff's attendance at trial, is hereby vacated;

2. Plaintiff's repeated unopposed requests for voluntary dismissal of this action, initiated on April 18, 2007, is granted; and

3. This case is dismissed, pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: 5/11/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
cato0524.59